

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE C. BENCKINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COOPERSBURG BOROUGH POLICE | : | NO. 15-6017 |
| DEPARTMENT, et al. | : | |

## ORDER

AND NOW, this 17th day of November, 2015, upon consideration of Benckini's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SANCHEZ, J.

11/17/15 mail.
Benckini

ENTERED

NOV 17 2015

CLERK OF COURT